IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman,<br><br>  Plaintiff,<br><br>vs.<br><br>Benjamin Frutchey, et al.,<br><br>  Defendants. | No. CV-20-00257-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 16) is **granted**;

2. That Plaintiff's individual claims against Defendants Benjamin Frutchey and Legacy Insurance Solutions LLC are **dismissed with prejudice**;

3. The Plaintiff's class claims against Defendants Benjamin Frutchey and Legacy Insurance Solutions LLC are **dismissed without prejudice**;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall terminate this action.

Dated this 6th day of May, 2020.

Honorable Steven P. Logan
United States District Judge